UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Vincent G Johnson<br>    Felice Y Spencer-Johnson<br>           Debtor(s) | Case No. 11 B 11800 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/21/2011.

2) The plan was confirmed on 05/10/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/10/2011, 02/07/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/06/2011, 04/24/2012.

5) The case was Converted on 05/11/2012.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,495.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     **$3,495.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,336.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $158.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$3,495.00**

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American InfoSource LP | Unsecured | NA | 307.80 | 307.80 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 244.27 | 244.27 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 683.00 | 683.58 | 683.58 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 848.59 | 848.59 | 0.00 | 0.00 |
| Blitt & Gaines | Unsecured | 8,484.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | NA | 2,567.78 | 2,567.78 | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 6,760.00 | 8,133.42 | 8,133.42 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 3,300.00 | 9,934.20 | 9,934.20 | 0.00 | 0.00 |
| Comcast | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| Cook County Circuit Court | Priority | 7,100.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 5,700.00 | 5,484.79 | 5,484.79 | 0.00 | 0.00 |
| Grant & Webber | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| Henry Meisels | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | NA | 5,483.00 | 5,483.00 | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 3,300.00 | 5,483.00 | 5,483.00 | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 9,240.00 | 10,520.95 | 10,520.95 | 0.00 | 0.00 |
| Kenosha County Professional Placement | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| Nco / Inovision-Medclr | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Northshore Hospital Billing | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| Northshore Hospital Billing | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas Light & Coke Co | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Fincial Group Inc | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Rush Home Health | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Rush University | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,705.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 2,499.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,625.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,249.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| State of Illinois | Priority | 380.00 | NA | NA | 0.00 | 0.00 |
| Surgical Consultants | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 5,700.00 | 6,020.13 | 6,020.13 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 34,066.00 | 41,575.00 | 41,575.00 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,520.95 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$10,520.95** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$86,765.56** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,495.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$3,495.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/02/2013                                By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**